

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-12-00262-CV

**Melissa Machelle Clark and Stetson Benningfield**

**v.**

**EOG Resourses Inc.**

NO. 1066372 IN THE 270TH DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $15.00 | 03/24/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 02/21/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 01/22/2014 | E-PAID | ANT |
| MT FEE | $10.00 | 08/02/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 08/02/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/09/2013 | E-PAID | APE |
| MT FEE | $10.00 | 07/09/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 06/27/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 06/17/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 06/17/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/04/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 06/04/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 05/22/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 05/22/2013 | E-PAID | ANT |
| SUPP CLK RECORD | $23.00 | 04/30/2013 | PAID | ANT |
| MT FEE | $10.00 | 04/18/2013 | E-PAID | ANT |

| | | | | |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 04/18/2013 | E-PAID | ANT |
| RPT RECORD | $452.50 | 03/26/2013 | PAID | ANT |
| CLK RECORD | $908.00 | 02/04/2013 | PAID | ANT |
| FILING | $175.00 | 04/03/2012 | E-PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $1,683.50.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this February 13, 2015.

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**